Dear Your Honor,

All my Assets are frozen & we have not been paid on copyrights.

Best,
[signature]

5/30/2023

RECEIVED JUN 2 - 2023

In The United States Eastern District
Of Pennsylvania

DANNY AMEN ANDERSON. VALENTINE SHABAZZ

**PETITIONER,**

V.

**RESPONDENTS,**
CHRIS BRUCE, KATHLEEN JENNINGS, CERRON   JUDGE CHARLES BUTLER,
NICK SABEAN,
GOVERNMENT INFORMATION CENTER,
JACK MARKELL

PETITION
CRIMINAL COPYRIGHT INFRINGEMENT
INVASION OF PRIVACY

DANNY AMEN ANDERSON VALENTINE SHABAZZ

**PETITIONER,**
V.

**RESPONDENTS,**
CHRIS BRUCE, KATHLEEN JENNINGS, CERRON CADE,
JUDGE CHARLES BUTLER, NICK SABEAN,
GOVERNMENT INFORMATION CENTER,
JACK MARKELL JOHN CARNEY

PETITION
CRIMINAL COPYRIGHT INFRINGEMENT
INVASION OF PRIVACY
MASS TORT
VIOLATION of the LANHAM
ACT

Allegations:
We have been listed on the state of Delaware's website for over 12 years now disrupting our education, advertising firm and financial firm. We have requested this information be removed over 1000 times with numerous emails. It's a form of retaliation from the last 2 governors of Delaware. Jack Markell has never supported Danny Ace Valentine in any venture beyond using his likeness to advertise the state of Delaware and its fraudulent activities. Chris Bruce breached a NDA on this likeness with cat 6 cables with Why Fly Internet. He has since committed mortgage fraud and numerous federal violations. The attorney general has deprived Danny and violated the color of law.

Solution:

We are requesting the state remove Danny's likeness from all channels and return his trust fund.


/s/ Danny Amen Anderson Valentine Shabazz

## CERTIFICATE OF SERVICE

Petitioner:
Danny Amen Anderson Valentine Shabazz

Respondents: **RESPONDENTS,**
CHRIS BRUCE, KATHLEEN JENNINGS, CERRON CADE,
JUDGE CHARLES BUTLER, NICK SABEAN,
GOVERNMENT INFORMATION CENTER,
JACK MARKELL JOHN CARNEY


I Danny Amen Anderson Valentine Shabazz ( Petitioner ) certifies that I have on this 30TH DAY day of MAY , 2023 have served a copy to the defendant's and attorney a
Criminal Copyright Infringement/Mass Tort by electronic mail.
 ( Respondent) Civil Petition .

Service Provided.
Electronic service ( email): yes
U.S. Mail:
Hand Delivery:

"I certify that there is a prior agreement with gic@delaware.gov
  ) to allow documents in a PDF format sent via email to suffice for service."
Attorney for Respondent
This 30th day of May 2023, 2023

